UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA AZZOU as guardian
and natural parent on behalf of minor
daughter S.A.,

    *Plaintiff*,

vs.

    Case No. 1-23-cv-01049-PLM-RSK
    Hon. Paul L. Maloney
    Mag. Judge Ray Kent

THE PINESTEAD REEF OWNERS
ASSOCIATION, A Michigan non-profit
corporation

    *Defendant*.

---

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case be dismissed with prejudice and without costs or any finding of wrongdoing by Defendant by a Judge or jury. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**IT IS SO ORDERED.**

2

**This order disposes of all claims and closes the case.**

Dated:_____

                                          Hon. Paul L. Maloney
                                          U.S. District Court Judge

**So stipulated by:**

By: _/s/ Owen B. Dunn Jr._____     By:_/s/_Jason B. Brown_____
Owen B. Dunn, Jr. (P66315)          Gregory M. Meihn (P38939)
Law Offices of Owen Dunn, Jr.       Jason B. Brown (P79226)
Attorney for Plaintiff              Gordon Rees Scully
                                                         Mansukhani, LLP
                                                         Attorneys for Defendant