UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA AZZOU as guardian
and natural parent on behalf of minor
daughter S.A.,

     *Plaintiff*,

vs.

THE PINESTEAD REEF OWNERS
ASSOCIATION, A Michigan non-profit
corporation

     *Defendant*.

Case No. 1-23-cv-01049-PLM-RSK
Hon. Paul L. Maloney
Mag. Judge Ray Kent

---

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case be dismissed with prejudice and without costs or any finding of wrongdoing by Defendant by a Judge or jury. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**IT IS SO ORDERED.**

**This order disposes of all claims and closes the case.**

Dated:   April 29, 2024                          /s/ Paul L. Maloney
                                                Hon. Paul L. Maloney
                                                U.S. District Court Judge

**So stipulated by:**

By: */s/ Owen B. Dunn Jr.*             By:*/s/  Jason B. Brown*
Owen B. Dunn, Jr. (P66315)             Gregory M. Meihn (P38939)
Law Offices of Owen Dunn, Jr.          Jason B. Brown (P79226)
Attorney for Plaintiff                 Gordon Rees Scully
                                       Mansukhani, LLP
                                       Attorneys for Defendant